IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR313 |
| | ) | |
| v. | ) | |
| | ) | |
| LUIS IBARRA-PENUELAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's withdrawal of objection to revised presentence investigation report (Filing No. 52). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff's objection to revised presentence investigation report is deemed withdrawn.

DATED this 21st day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court